UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
8/3/2010
DAVID CREWS, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 1:10CR

THOMAS D. KEENUM, SR.

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to plead guilty under oath, to a One-Count Information charging THOMAS D. KEENUM, SR., with executing and attempting to execute a scheme and artifice to defraud a financial institution and obtain, by means of false or fraudulent pretenses, representations or promises, moneys owned by and under the custody and control of BancorpSouth, Booneville, Mississippi, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 1344, which carries maximum possible penalties of not more than 30 years imprisonment, not more than $1,000,000 fine, or both, not more than 5 years supervised release, and a $100 mandatory special assessment.

2. OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charges.

3. RESTITUTION: The defendant understands that the Court may order restitution in accordance with the provisions of 18 U.S.C. § 3663 for all offenses committed and specifically agrees that restitution is not limited to the count of conviction.

4. OTHER AUTHORITIES: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

5. VIOLATIONS OF THIS AGREEMENT: If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

6. ACKNOWLEDGMENTS: Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty. Upon filing of this plea agreement, the United States Probation Service may at once conduct a presentence investigation and submit a presentence report to the Court for immediate consideration at or before the plea of guilty is offered in open court. Defendant agrees that the Court may cancel the trial and continue all proceedings in the case until such date as the Court may set for consideration of the plea agreement, the plea of guilty, and imposition of sentence. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty

because defendant is in fact guilty.

This the _29th_ day of _June_, 2010.

_____
WILLIAM C. MARTIN, MS Bar 1903
Acting United States Attorney


AGREED TO AND CONSENTED TO:


_____
THOMAS D. KEENUM, SR., Defendant


_____
ANTHONY L. FARESE  MSB# 5733
Attorney for Defendant

TDK